ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARBARA LOVING, <br>   Plaintiff, | § <br> § <br> § |
| vs. | §   CIVIL ACTION NO. |
| | § |
| SUN TRUST MORTGAGE | § <br> §   3-16CV3251-L |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | § <br> § |
| and DOES 1-10, inclusive, <br>   Defendants. | § |

### PLAINTIFF, BARBARA LOVING'S, ORIGINAL COMPLAINT
### AND JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

  **NOW COMES** Barbara Loving, hereinafter called Plaintiff, complaining of and about Sun Trust Mortgage and Federal National Mortgage Association, hereinafter called Defendants, and for cause of action shows unto the Court the following:

### PARTIES AND SERVICE

  1.  Plaintiff, Barbara Loving, is a citizen of the United States and the State of Texas and resides in Dallas County, Texas. Plaintiff is the owner of a single-family residence located at 210 Willowbrook Drive, Duncanville, Texas 75116. She acquired the property pursuant to a Warranty Deed recorded on September 26, 2007.

1

2. Defendants claim to be a lender, note holder, beneficiary, or servicer of a Note secured by the Property. Defendants have demonstrated repeatedly that they cannot identify or locate the lender, note holder, or beneficiary.

Defendants Does 1-10, inclusive, are sued under fictitious names. When their true names and capacities are known, Plaintiff will amend this Complaint and insert their names and capacities. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named defendants is legally responsible, negligently or in some other actionable manner, for the events and happenings hereafter referred to and proximately caused the injuries and damages to Plaintiff as hereinafter alleged, or claims some right, title, estate, lien, or interest in the Property adverse to Plaintiff's title. Their claims constitute a cloud on Plaintiff's title to the Property, or they participated in unlawful or fraudulent acts that resulted in injury to Plaintiff's person or property. Does 1-5 claim to be successors in interest to the Subject Mortgage by virtue of Plaintiff's loan having been made a part of a securitization process wherein certain residential mortgages and promissory notes were securitized by aggregating a large number of promissory notes into a mortgage loan pool, then selling security interests in that pool of mortgages to investors by way of "secondary vehicles".

Defendants may be served by emailing a copy of this complaint to Defendants' attorney of record Lauren Cristoful at: laurenc@bdfgroup.com

## JURISDICTION

3. There is diversity of citizenship between Plaintiff and Defendants, and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000. This court has jurisdiction of the action pursuant to 28 U.S.C. 1332(a).

## NATURE OF ACTION

4. Plaintiff brings this action against Defendants and Does 1-10 for selling the Property at a trustee's sale and depriving Plaintiff of her property without a lawful claim. Plaintiff seeks to avoid eviction, reclaim her property, and recover damages.

## FACTS

5. Facts will show that, at the time Plaintiff, a single, black, female, purchased her home, Defendants were engaging in predatory lending practices: they convinced Plaintiff to accept unfair loan terms through deceptive, coercive, exploitative or unscrupulous actions for a loan that she didn't understand and couldn't afford. Facts will also show that Defendants had no standing to enforce the note against Plaintiff since they were not the holders of her Note at the time they initiated foreclosure proceedings against her. To add insult to injury, the foreclosure proceedings were even initiated at a time when her loan modification application was still pending.

## FIRST CAUSE OF ACTION – WRONGFUL FORECLOSURE

6. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 5, above.

## SECOND CAUSE OF ACTION – INJUNCTIVE RELIEF

7. Defendants' wrongful conduct now includes the threat of evicting Plaintiff from her own home, a home that, by law, is justifiably hers. Unless and until Defendants are restrained by order of this court, Plaintiff will be put out in the street along with her possessions which will cause great irreparable injury to her for which pecuniary compensation would not afford adequate relief. If this process is allowed to proceed, the burden on Plaintiff significantly outweighs the benefit to Defendants. By contrast, if the eviction is enjoined, the burden to Defendants is minimal and is not outweighed by the benefit to Plaintiff.

## DAMAGES

8. Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendant described hereinabove:

   a. $500,000;

   b. All reasonable and necessary Attorney's fees incurred by or on behalf of Plaintiff;

   c. All reasonable and necessary costs incurred in pursuit of this suit; and

   d. Inconvenience.

## SPECIFIC RELIEF

9. Plaintiff seeks the following specific relief which arises out of the actions and/or omissions of Defendant described hereinabove:

   a. Prohibit by injunction the Defendant from evicting Plaintiff from her home and from engaging in unlawful foreclosure practices.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Barbara Loving, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with interest as allowed by law; costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

THE HAGUE LAW GROUP

By: /s/ Robert Hague
Robert Hague
Texas Bar No. 08698900
E-Mail: r.hague@thehaguelawgroup.com
3939 US Highway 80 East, Suite 422
MESQUITE, TX 75150
Tel. (469) 913-4430
Fax. (469) 913-4436
E-Mail: r.hague@thehaguelawgroup.com
Attorney for Plaintiff
Barbara Loving

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **DALLAS**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
The Hague Law Group
3939 U.S. Highway 80, East, Ste 422
Mesquite, TX 75150   469-913-4430

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☑ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☑ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☑ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**28 USC 1332(a)**
Brief description of cause: **Wrongful Foreclosure / Injunctive Relief**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

**DATE** 11/18/2016
**SIGNATURE OF ATTORNEY OF RECORD** William Robert Hague

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____